No. 1679, Misc. GAUZE v. OLIVER, WARDEN, ET AL.; No. 1684, Misc. KEY v. ARIZONA ET AL.; and No. 1697, Misc. GREENLEE v. CALIFORNIA. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari denied.

No. 1605, Misc. POPE v. PARKER, WARDEN, ET AL.; No. 1653, Misc. LEWIS v. ILLINOIS ET AL.; and No. 1670, Misc. HUDSON v. TEXAS ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 1677, Misc. SKOLNICK v. FEDERAL CIRCUIT JUDGES OF SEVENTH JUDICIAL CIRCUIT; and No. 1678, Misc. SKOLNICK v. CUMMINGS ET AL. Motions for leave to file petitions for writs of mandamus and/or prohibition denied.

No. 1604, Misc. MORGAN v. UNITED STATES. Motion for leave to file petition for writ of prohibition and/or mandamus denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States in opposition.

No. 1208. LEE, CORRECTIONS COMMISSIONER, ET AL. v. WASHINGTON ET AL. Appeal from D. C. M. D. Ala. Probable jurisdiction noted. *MacDonald Gallion,* Attorney General of Alabama, *Gordon Madison,* Assistant Attorney General, *Nicholas S. Hare,* Special Assistant Attorney General, for Lee et al., and *J. M. Breckenridge* for Austin, appellants. *Charles Morgan, Jr.,* for appellees.